# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISON

|  |  |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 9:06-CV-212 |
| v. ) | |
| ) | |
| TYCO HEALTHCARE GROUP LP ) | Judge Keith Giblin |
| and UNITED STATES SURGICAL CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule Of Civil Procedure 41(a)(1)(ii), Plaintiff Applied Medical Resources Corp. ("Applied") and Defendants Tyco Healthcare Group LP and United States Surgical Corp. (collectively "Tyco Healthcare"), by and through their respective counsel, hereby stipulate to the following:

Applied agrees that its claims relating to U.S. Patent No. 5,584,850 in Civil Action No. 9:06-CV-212 may be dismissed, with prejudice. Based on this agreement, Tyco Healthcare agrees that its defenses and counterclaims relating to U.S. Patent No. 5,584,850 in Civil Action No. 9:06-CV-212 may be dismissed as moot.

Based on the above stipulation, and in the interest of efficiency and judicial economy, the Court hereby finds, adjudges and rules that Applied's claims relating to U.S. Patent No. 5,584,850 in Civil Action No. 9:06-CV-212 are hereby dismissed, with prejudice. Given this dismissal, Tyco Healthcare's defenses and counterclaims relating to U.S. Patent No. 5,584,850 in Civil Action No. 9:06-CV-212 are hereby dismissed as moot. Given these

dismissals, Civil Action No. 9:06-CV-212 is hereby terminated, with each side to bear its own fees and costs.

This Stipulation And Order Of Dismissal is without prejudice to any claims, defenses and counterclaims in Civil Action No. 9:06-CV-151.

April 29, 2008                                                  Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert M. Parker   SBN: 15498000
Robert Christopher Bunt   SBN: 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687
Email: rmparker@pbatyler.com
Email: rcbunt@pbatyler.com

John M. Desmarais (admitted *pro hac vice*)
Peter J. Armenio (admitted *pro hac vice*)
Young J. Park (admitted *pro hac vice*)
Howard D. Shatz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Tel:  (212) 446-4800
Fax:  (212) 446-4900
Email: jdesmarais@kirkland.com
Email: parmenio@kirkland.com
Email: ypark@kirkland.com
Email: hshatz@kirkland.com

Claude E. Welch   SBN: 21120500
Law Office of Claude E. Welch
P.O. Box 1574
Lufkin, Texas  75902-1574
Tel:  (936) 639-3311
Fax:  (936) 639-3049
Email: welchlawoffice@consolidated.net

*Attorneys for Defendants*
*Tyco Healthcare Group LP and*
*United States Surgical Corporation*

        By: */s/ J. Mitchell Smith with permission by Robert Christopher Bunt*
J. Mitchell Smith
State Bar No. 18626900
E-mail: jmsmith@germer.com
**LEAD ATTORNEY**

Lawrence Louis Germer
State Bar No. 07824000
E-mail: llgermer@germer.com
**GERMER GERTZ, L.L.P.**
P.O. Box 4915
Beaumont, Texas 77704-4915
(409) 654-6700 – Telephone
(409) 838-4050 – Telecopier

Attorneys for Plaintiff, APPLIED MEDICAL RESOURCES CORPORATION

OF COUNSEL:
Joseph R. Re (CA Bar No. 134479)
Joseph F. Jennings (CA Bar No. 145920)
Sean M. Murray (CA Bar No. 213655)
Justin L. Sovich (CA Bar No. 243920)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404
(949) 760-9502

**CERTIFICATE OF SERVICE**

    I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this 29th day of April, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Robert Christopher Bunt*
        Robert Christopher Bunt